# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**VICKI WILLIAMS,**

    **Plaintiff,**

**vs.**                               **Case No. 4:07cv510-SPM/WCS**

**THE SHELTER, et al.,**

    **Defendants.**

_____/

## ORDER AND REPORT AND RECOMMENDATION

Plaintiff, who is *pro se*, submitted a complaint on December 3, 2007, Doc. 1, and on December 7th, an order was entered by United States Magistrate Judge Allan Kornblum, doc. 3, directing Plaintiff to either submit a motion seeking leave to proceed *in forma pauperis* or pay the filing fee for this case. The order also noted that Plaintiff's initial complaint was "mostly incoherent," and that Plaintiff appeared to be complaining about actions taken by private persons which would, necessarily, not be claims appropriately presented in a civil rights action. Doc. 3.

Mail from the Court was subsequently returned as "undeliverable," doc. 4, but then on December 19th, Plaintiff filed an amended complaint, doc. 6, an "affidavit of indigency," doc. 7, which was simultaneously filed as an *in forma pauperis* motion, and

then on December 26th, another motion for leave to proceed *in forma pauperis*, doc. 8, which was properly filed on the court-provided form. It appears that Plaintiff's financial condition warrants the granting of *in forma pauperis* status and, thus, her motions are granted.

Federal law permits a United States District Court to dismiss a case filed *in forma pauperis*, if it is satisfied that the action is frivolous or malicious. The Supreme Court has recognized two types of cases which may be dismissed, *sua sponte*, pursuant to 28 U.S.C. § 1915(d). Neitzke v. Williams, 490 U.S. 319, 109 S. Ct. 1827, 1833, 104 L. Ed. 2d 338 (1989). The first class are "claim(s) based on an indisputably meritless legal theory," and the second class contain "claims whose factual contentions are clearly baseless." *Id.* This case lacks both an arguable basis in law and is clearly removed from reality. Sultenfuss v. Snow, 894 F.2d 1277 (11th Cir. 1990), *citing* Neitzke. As the factual allegations are incomprehensible, dismissal of the complaint is appropriate.

Accordingly, it is **ORDERED** that Plaintiff's motions to proceed *in forma pauperis*, docs. 7 and 8, is **GRANTED**.

## RECOMMENDATION

In light of the foregoing, it is respectfully **RECOMMENDED** that this action be **DISMISSED** for failure to state a claim upon which relief may be granted.

**IN CHAMBERS** at Tallahassee, Florida, on January 8, 2008.

 s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.
UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.