IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VICKI WILLIAMS,

    Plaintiff,

vs.                                              CASE NO. 4:07cv510-SPM/WCS

THE SHELTER, et al.,

    Defendants,
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court for consideration of the magistrate judge's report and recommendation (doc. 9). Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff filed two documents (doc.10 and doc. 11) that the Court will treat as objections. Both documents are incomprehensible. Having considered the report and recommendation, I have determined that the Report and Recommendation should be adopted.

Plaintiff has also filed a document entitled "Complaint" but does not appear to respond to this pending case. To the extent that the "Complaint" document is a motion to "reopen" the case and institute a "federal investigation of address," that request will be denied.

Accordingly, it is hereby ORDERED as follows:

1. The magistrate judge's report and recommendation (doc.9) is ADOPTED and incorporated by reference in this order.

2. This case is dismissed for failure to state a claim upon which relief may be granted.

3. Plaintiff's motion to reopen the case (doc. 12) is hereby DENIED.

DONE AND ORDERED this <u>twenty-fourth</u> day of March, 2008.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          United States District Judge